FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NOV 16 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:07CR293-WKW |
| | ) [18 USC § 2113(a)] |
| BENJAMIN WADE CAMPBELL | ) |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 31, 2007, in Russell County, within the Middle District of Alabama,

**BENJAMIN WADE CAMPBELL,**

defendant herein, by force, violence and intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Wachovia Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Nathan D. Stump
Assistant United States Attorney