IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CR NO. __3:07CR293-MHT__
)
BENJAMIN WADE CAMPBELL )

CONSENT

I, __Benjamin Wade Campbell__, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __24th__ Day of __April__, 2008.

X _____
DEFENDANT

X _____
ATTORNEY FOR DEFENDANT

SCANNED