IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr293-MHT |
| | ) | |
| BENJAMIN WADE CAMPBELL | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Benjamin Wade Campbell into the custody of DEA Special Agent Devin Whittle or other authorized DEA Agents from June 24, 2008, through December 31, 2008, so that said Agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. The Government further moves the Court to enter an order directing Agent Whittle or other authorized DEA Agents to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 23rd day of June, 2008.

                                                              LEURA G. CANARY
                                                              UNITED STATES ATTORNEY

                                                              */s/ Nathan D. Stump*
                                                              NATHAN D. STUMP
                                                              Assistant United States Attorney
                                                              131 Clayton Street
                                                              Montgomery, AL  36104-3429
                                                              Tel: (334) 223-7280
                                                             Fax: (334) 223-7135
                                                             Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr293-MHT |
| | ) | |
| BENJAMIN WADE CAMPBELL | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Bethel, Esq.

Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | CR. NO. | 3:07cr293-MHT |
| | ) | | |
| BENJAMIN WADE CAMPBELL | ) | | |

### **ORDER**

Upon consideration of the government's motion for release of prisoner filed on June 23, 2008, and for good cause, it is

ORDERED that the motion is hereby GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Benjamin Wade Campbell, from June 24, 2008, through December 31, 2008, into the custody of DEA Special Agent Devin Whittle or other authorized DEA Agents, so that said Agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is also ORDERED that Agent Whittle or other authorized DEA Agents shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE