IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07CR293-MHT |
| | ) | |
| BENJAMIN WADE CAMPBELL | ) | |

## MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **BENJAMIN WADE CAMPBELL**, through

Undersigned Counsel, Donnie W. Bethel, and moves this Court to continue the sentencing

hearing in this matter. In support of this Motion, Mr. Campbell would show the following:

1.     The sentencing hearing in this case is now set for July 3, 2008.

2.     Pursuant to a cooperation agreement, on June 25, 2008, Government agents

debriefed Mr. Campbell.

3.     Should the information that Mr. Campbell provided to the agents prove to be

of material assistance to the Government, Assistant United States Attorney (AUSA) Nathan

Stump will file a motion for a downward departure for substantial assistance.

4.     Mr. Campbell earnestly desires that agents have sufficient time to thoroughly

evaluate and investigate the information that he has provided to them before he is sentenced

in this case. Therefore, he requests that his sentencing hearing be continued until on or after

August 15, 2008.

5.     Further, during a recent psychological evaluation, Dr. David Ghostley, a

psychologist retained by the Federal Defenders, determined that Mr. Campbell is in critical

need of immediate psychiatric care, to include the prescribing of psychotropic medication.

As a result, on June 27, 2008, the United States Marshals Service has moved Mr. Campbell

to a facility in Lee County, Alabama, where he can receive the psychiatric care that he needs.

A continuance in this case would allow time for a psychiatrist to properly evaluate and

medicate Mr. Campbell, and would further allow time for Mr. Campbell to stabilize on the

medication that will be prescribed for him.

      6.     AUSA Stump does not oppose this motion.

      **WHEREFORE**, for the foregoing reasons, Mr. Campbell respectfully requests that

the Court continue the sentencing hearing in this case from the presently scheduled date of

July 3, 2008, until on or after August 15, 2008.

      Dated this 27th day of June, 2008.

                Respectfully submitted,

                s/ Donnie W. Bethel
                DONNIE W. BETHEL
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail:don_bethel@fd.org
                IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07CR293-MHT |
| | ) | |
| BENJAMIN WADE CAMPBELL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49