IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr293-MHT |
| **BENJAMIN WADE CAMPBELL** | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Benjamin Wade Campbell's motion to continue sentencing (Doc. No. 23) is granted.

(2) Defendant Campbell's sentencing, now set for July 3, 2008, is reset for September 18, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 1st day of July, 2008.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE