IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr293-MHT |
| BENJAMIN WADE CAMPBELL | ) | (WO) |

OPINION AND ORDER

Neither party in this case questions the competence of defendant Benjamin Wade Campbell to stand for trial and sentencing. At Campbell's sentencing hearing on September 18, 2008, counsel for the government and defense counsel each represented to the court their belief that Campbell is competent. Nonetheless, based on an indication in the pre-sentence report that Campbell suffers from various mental health problems, the court has reviewed the forensic psychiatric evaluations prepared by Dr. Ghostley and Dr. Kern, the testimony of Dr. Ghostley, and the representations made by counsel for Campbell and counsel for the government.

Based on this review and on the court's own observations, the court finds that Campbell is not

"suffering from a mental disease or defect rendering him ... unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Accordingly, it is ORDERED and DECLARED that defendant Benjamin Wade Campbell was, and is, mentally competent to stand trial and undergo sentencing in this cause.

DONE, this the 22nd day of September, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE